UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jonathan Andrew Perfetto

      v.                                             Civil No. 12-cv-393-JL

Walter Alexis, et al.


**ORDER GRANTING MOTION TO PROCEED**
***IN FORMA PAUPERIS***

The plaintiff, an inmate at N.H. State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The certificate evidences that over the last six months, the plaintiff's average deposits have been $297.50 and the plaintiff's average monthly balance has been $297.51. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED; however, pursuant to 28 U.S.C. § 1915(b)(1), an initial filing fee is assessed in the amount of $59.50. In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The initial partial filing fee, and monthly payments thereafter as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this

Order, along with a copy of the signed Prisoner Consent Form (doc. no. 3), shall be forwarded by the Court to the Institutions inmate account department.

      SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated:  October 24, 2012

cc:  Jonathan Andrew Perfetto, pro se
     N.H. State Prison, Inmate Accounts