UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jonathan Andrew Perfetto</u>

       v.                                        Civil No. 12-cv-393-JL

<u>Alexis et al</u>

O R D E R

While the plaintiff has filed an (untimely) objection requesting that the court disregard his notice of withdrawal, he maintains that he is still not in a position to make meaningful substantive filings in response to court orders and adverse filings. As Judge McCafferty's Report and Recommendation recommends a dismissal without prejudice, its proposed course of action remains the best course.

After due consideration of the objection filed, I herewith approve the Reports and Recommendations of Magistrate Judge Landya B. McCafferty dated December 6, 2013. Additionally, No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 21, 2013. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                           _____
                                                           Joseph N. Laplante
                                                          Chief Judge

Date: December 27, 2013

cc:  John A. Curran, Esq.
     Jonathan Andrew Perfetto, Pro se