```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jonathan Andrew Perfetto

       v.                                      Civil No. 12-cv-393-JL

Alexis et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 28, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: December 9, 2015

cc:   Jonathan Andrew Perfetto, pro se
       John A. Curran, Esq.